CARRIE DEHN PAGE et al., appellants,

*v.*

IDA AFFLERBACH, respondent.

[Decided May 20th, 1929.]

*Messrs. Endicott & Endicott,* for the appellants.

*Messrs. Babcock & Champion,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Ingersoll, and reported in *102 N. J. Eq. 390.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, KALISCH, CAMPBELL, LLOYD, CASE, VAN BUSKIRK, McGLENNON, KAYS, DEAR, JJ. 11.

*For reversal*—None.